579 A.2d 1287

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, Respondent,**

v.

**DAUPHIN PLAZA ASSOCIATES, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 22, 1990.

## ORDER

PER CURIAM.

AND NOW, this 22nd day of August, 1990, the Petition, titled Jurisdictional Statement, of Petitioner Dauphin Plaza Associates at the above-captioned docket number is hereby denied.